156 So.2d 228

**STATE of Louisiana ex rel. Anthony J. SUNSERI**

v.

**Emile J. THOMAN et al.**

No. 46900.

Oct. 1, 1963.

In re: Mrs. Lola Shumaker, widow of Emile J. Thoman, applying for certiorari, or writ of review. to the Court of Appeal, First Circuit, Parish of St. Tammany. 154 So.2d 480.

Application denied. The judgment complained of is not final. The applicants right to urge all points raised herein are reserved in the event the judgment finally rendered is adverse to her.

156 So.2d 229

**Cameron B. GAMBLE d/b/a Kitchens by Cameron**

v.

**The NEW ORLEANS HOUSING MART, INC.**

No. 46903.

Oct. 1, 1963.

In re: The New Orleans Housing Mart, Inc., applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 154 So.2d 625.

Writ refused. The judgment is not final. Applicant is reserved the right to reurge all points raised herein in the event judgment is finally rendered adverse to it on the merits.